IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID H. JACOB,<br><br>            Petitioner,<br><br>vs.<br><br>KERRIE WITTY, Facility Head; and U.S. VETERANS ADMIN. HOSPITAL,<br><br>            Respondents. | **8:22CV135**<br><br>**ORDER** |

This matter is before the Court on the parties' Motion and Stipulation for Dismissal filed on April 4, 2023. Filing No. 31. Petitioner David H. Jacob and Respondents Kerrie Witty and United States Veterans Administration Hospital move and stipulate that this case be dismissed with prejudice, each party to bear their own costs, and complete record waived. Upon consideration,

IT IS ORDERED that:

1. The Motion and Stipulation for Dismissal, Filing No. 31, is granted. This matter is dismissed with prejudice, each party to bear their own costs, and complete record waived.

2. Respondents' Suggestion of Dismissal, Filing No. 29, which was docketed as a motion, is denied as moot.

3. A separate judgment shall be entered.

2

Dated this 5th day of April, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2